In the Matter of NEW YORK STATE ELECTRIC AND GAS CORPORATION et al., Appellants, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

Argued May 17, 1937; decided June 8, 1937.

*Warnick J. Kernan* and *Henry W. Killeen* for appellants.

*Gay H. Brown* and *Laurence J. Olmsted* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.